**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**LORENZO WALKER,**

                  **Plaintiff,**                5:22-cv-400
                                                             (GLS/ML)

                v.

**MICHAEL FLYNN,**

                  **Defendant.**

**APPEARANCES:**                      **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Lorenzo Walker
*Pro Se*
502 Bryant Avenue
Syracuse, NY 13204

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

The above-captioned matter comes to this court following an Order and Report-Recommendation (R&R) by Magistrate Judge Miroslav Lovric, duly filed June 27, 2022. (Dkt. No. 5.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 5) is

**ADOPTED** in its entirety; and it is further

    **ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B) and because the court lacks subject matter jurisdiction; and it is further

    **ORDERED** that the Clerk is directed to close this case; and it is further

    **ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

July 15, 2022
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge